

A CERTIFIED TRUE COPY
MAY 1 1 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
MAY 29 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
APR 25 2007
FILED
CLERK'S OFFICE

C 07-cv-1827 SI

DOCKET NO. 1827

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Date 9-14-07  Deputy Clerk

# SCHEDULE OF ACTIONS (CTO-1)
# DOCKET NO. 1827
# IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-43 | Robert S. Harmon v. LG Philips LCD Co., Ltd., et al. |
| **ARIZONA** | |
| AZ 2 07-549 | Timothy J. Lauricella v. AU Optronics Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-1283 | Wendy Williams v. Sharp Corp., et al. |
| CAC 2 07-1500 | George Mays v. LG Philips LCD Co., Ltd., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-312 | Susan Selfridge, et al. v. LG Philips LCD Co., Ltd., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-276 | Timothy R. Gregory, et al. v. LG Philips LCD Co., Ltd., et al. |
| DC 1 07-424 | Gail Feser v. AU Optronics Corp., et al. |
| DC 1 07-438 | Rebecca Bly v. LG Philips LCD Co., Ltd., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0 07-60289 | Scott Eisler v. AU Optronics Corp., et al. |
| FLS 0 07-60323 | Mauricio DeFrancisco v. AU Optronics Corp., et al. |
| FLS 9 07-80171 | Robin Feins, et al. v. LG Philips LCD Co., Ltd., et al. |
| **HAWAII** | |
| HI 1 07-122 | Sealed v. Sealed |
| **IOWA SOUTHERN** | |
| IAS 4 07-96 | Benjamin G. Northway v. AU Optronics Corp., et al. |
| **IDAHO** | |
| ID 1 07-115 | Miles H. Humphrey v. AU Optronics Corp., et al. |
| **KANSAS** | |
| KS 2 07-2088 | Peter Coyle v. AU Optronics Corp., et al. |
| KS 2 07-2107 | Kou Srimounghchanh v. LG Philips LCD Co., Ltd., et al. |
| KS 5 07-4033 | James T. Watson v. AU Optronics Corp., et al. |
| KS 5 07-4034 | R. Rex Getz v. LG Philips LCD Co., Ltd., et al. |
| **MASSACHUSETTS** | |
| MA 1 07-10457 | Christopher Murphy v. LG Philips LCD Co., Ltd., et al. |
| **MAINE** | |
| ME 1 07-33 | Patricia Ronco v. AU Optronics Corp., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 07-10613 | Judith Griffith v. AU Optronics Corp., et al. |
| MIE 2 07-10971 | Colette M. Dahm v. LG Philips LCD Co., Ltd., et al. |
| MIE 2 07-11529 | Ling-Hung Jou v. AU Optronics Corp., et al. |

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827       PAGE 2 OF 3

DIST. DIV. C.A. #                CASE CAPTION

MINNESOTA
  MN  0  07-480                  Jeffrey Larson v. LG Philips LCD Co., Ltd., et al.
  MN  0  07-1154                 Al Gober v. LG Philips LCD Co., Ltd., et al.
  MN  0  07-1155                 Kari J. Nehring v. LG Philips LCD Co., Ltd., et al.
  MN  0  07-1393                 Christopher C. Rywelski v. AU Optronics Corp., et al.
  MN  0  07-1425                 Martha Mulvey v. AU Optronics Corp., et al.

MISSISSIPPI NORTHERN
  MSN  3  07-28                  Tammy Long v. AU Optronics Corp., et al.

MONTANA
  MT  1  07-32                   John Pulasky v. AU Optronics Corp., et al.

NORTH CAROLINA MIDDLE
  NCM  1  07-167                 Lynne M. Holtkamp v. AU Optronics Corp., et al.

NORTH CAROLINA WESTERN
  NCW  3  07-43                  Donna Jeanne Flanagan v. AU Optronics Corp., et al.

NORTH DAKOTA
  ND  3  07-22                   Robert George v. LG Philips LCD Co., Ltd., et al.

NEW JERSEY
  NJ  2  07-287                  Ajax Philadelphia, Inc. v. Sharp Corp., et al.
  NJ  2  07-963                  Custom Audio Video v. Sharp Electronics Corp., et al.

NEW MEXICO
  NM  1  07-218                  Marcia Weingarten, et al. v. AU Optronics Corp., et al.
  NM  2  07-220                  Rosemary Valdez v. AU Optronics Corp., et al.
  NM  6  07-235                  Walden Minoli, et al. v. LG Philips LCD Co., Ltd., et al.

NEVADA
  NV  2  07-220                  Timothy J. Purdy v. LG Philips Co., Ltd., et al.
  NV  2  07-296                  Richard Granich v. LG Philips LCD Co., Ltd., et al.
  NV  2  07-306                  Allen Kelley v. AU Optronics Corp., et al.

NEW YORK SOUTHERN
  NYS  1  06-15212               Robert Schuyler Watson v. LG Philips LCD Co., Ltd., et al.
  NYS  1  06-15342               Tom DiMatteo v. LG Philips LCD Co., Ltd., et al.
  NYS  1  06-15391               Steven Nakash v. LG Philips LCD Co., Ltd., et al.
  NYS  1  06-15417               CMP Consulting Services, Inc. v. LG Philips LCD Co., Ltd., et al.
  NYS  1  07-198                 Jose Juan v. AU Optronics Corp., et al.
  NYS  1  07-351                 Ryan J. Bierling v. LG Philips LCD Co., Ltd., et al.
  NYS  1  07-653                 Diplomat Merchandise Corp. v. LG Philips LCD Co., Ltd., et al.

PENNSYLVANIA MIDDLE
  PAM  4  07-440                 Jeffrey L. Walters v. AU Optronics Corp., et al.

PUERTO RICO
  PR  3  07-1198                 Oscar Cintron v. AU Optronics Corp., et al.
  PR  3  07-1199                 IMCA, Inc. v. AU Optronics Corp., et al.

SOUTH CAROLINA
  SC  2  07-780                  Caman Pellitteri, et al. v. LG Philips LCD Co., Ltd., et al.
  SC  2  07-781                  Lynn Sweatman v. LG Philips LCD Co., Ltd., et al.
  SC  3  07-533                  Lee R. Chamberlain v. LG Philips LCD Co., Ltd., et al.

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                    PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH DAKOTA** | |
| SD 4 07-4033 | Chad Hansen v. LG Philips LCD Co., Ltd., et al. |
| SD 5 07-5013 | Cristopher Bessette v. AU Optronics Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE 2 07-65 | Tabbatha Benson, et al. v. LG Philips LCD Co., Ltd, et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3 07-282 | Kathleen C. Davis v. LG Philips LCD Co., Ltd., et al. |
| **TENNESSEE WESTERN** | |
| TNW 2 07-2165 | Scott Beall v. AU Optronics Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE 3 07-108 | Shawn Stern v. AU Optronics Corp., et al. |
| **VERMONT** | |
| VT 2 07-39 | Allen Nassiff v. LG Philips LCD Co., Ltd., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 07-39 | Home Technologies Bellevue LLC v. LG Philips LCD Co., Ltd., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 07-151 | Toomas P. Mitt v. LG Philips LCD Co., Ltd., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 07-56 | Jai Paguirigan, et al. v. AU Optronics Corp., et al. |
| WIW 3 07-80 | Joseph Kovacevich v. LG Philips LCD Co., Ltd., et al. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 3 07-26 | Tara Perry v. AU Optronics Corp., et al. |
| WVN 5 07-15 | John Martich v. AU Optronics Corp., et al. |

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

September 14th, 2007

Florida Southern District Court
301 North Miami Avenue
Florida, FL 33128

Re: MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case(s)
*Mauricio DeFrancisco -v- AU Optronics Corp., et al.*

Your Case Number(s)
C.A. No. 07-60323

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Simone Voltz

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_clerk@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

Simone Voltz

By: Simone Voltz
Deputy Clerk

Encl.

II