CLOSED, JMH, REF_DISCOV, REF_PTRL

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:07-cv-60323-DTKH
### Internal Use Only

| | |
|---|---|
| Defrancisco v. AU Optronics Corp. et al | Date Filed: 03/07/2007 |
| Assigned to: Judge Daniel T. K. Hurley | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 410 Anti-Trust |
| Cause: 15:0025 Clayton Act | Jurisdiction: Federal Question |

**Plaintiff**

**Mauricio Defrancisco**  
*on behalf of himself and all others similarly situated in the State of Florida*

represented by **Greg A. Lewen**  
Miller Schwartz & Miller  
2435 Hollywood Boulevard  
Hollywood, FL 33020-1259  
954-924-0300  
Fax: 924-0311  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Fox Miller**  
Miller Schwartz & Miller  
2435 Hollywood Boulevard  
Hollywood, FL 33020-1259  
954-924-0300  
Fax: 961-2124  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**CHI MEI Optoelectronics Co., LTD**

**Defendant**

**CHI MEI Optoelectronics USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**HannStar Display Corporation**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays, LTD.**

**Defendant**

**Hitachi America, LTD.**

**Defendant**

**Idtech Co., LTD.**

**Defendant**

**Idtech USA, Inc.**

**Defendant**

**IPS Alpha Technology, LTD.**

**Defendant**

**LG.Philips LCD Co., LTD.**

**Defendant**

**LG.Philips LCD America Inc.**

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd**

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Samsung Electronics America Inc.,**

**Defendant**

**Sanyo Electric Co., Ltd.**

**Defendant**

**Sanyo North America Corporation**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., LTD.**

**Defendant**

**John Does 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT against Fujitsu Limited, Inc., Fujitsu America, Inc., HannStar Display Corporation, Hitachi Ltd., Hitachi Displays, LTD., Hitachi America, LTD., Idtech Co., LTD., Idtech USA, Inc., IPS Alpha Technology, LTD., LG.Philips LCD Co., LTD., LG.Philips LCD America Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd, Samsung Electronics Company Ltd., Samsung Electronics America Inc.,, Sanyo Electric Co., Ltd., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co., LTD., John Does 1-100, AU Optronics Corp., AU Optronics Corp. America, CHI MEI Optoelectronics Co., LTD, CHI MEI Optoelectronics USA Inc., Chunghwa Picture Tubes Ltd. Filing fee $ 350. Receipt#: 539552, filed by Mauricio Defrancisco.(vt) (Entered: 03/08/2007) |
| 03/07/2007 | 2 | Summons Issued as to Fujitsu Limited, Inc., Fujitsu America, Inc., HannStar Display Corporation, Hitachi Ltd., Hitachi Displays, LTD., Hitachi America, LTD., Idtech Co., LTD., Idtech USA, Inc., IPS Alpha Technology, LTD., LG.Philips LCD Co., LTD., LG.Philips LCD America Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd, Samsung Electronics Company Ltd., Samsung Electronics America Inc.,, Sanyo Electric Co., Ltd., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co., LTD., AU Optronics Corp., AU Optronics Corp. America, CHI MEI Optoelectronics Co., LTD, CHI MEI Optoelectronics USA Inc., Chunghwa Picture Tubes Ltd.. (vt) (Entered: 03/08/2007) |

| | | |
|---|---|---|
| 03/12/2007 | 3 | ORDER SETTING CALENDAR CALL AND TRIAL DATE, AND ORDER REFERRING CASE to Magistrate Judge for scheduling matters and pretrial discovery matters. Calendar Call set for 3/6/2008 01:30 PM in Fort Lauderdale Division before Judge James I. Cohn. Jury Trial set for 3/10/2008 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn. Signed by Judge James I. Cohn on 3/12/07 (ch1) (Entered: 03/12/2007) |
| 03/22/2007 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge Daniel T. K. Hurley for all further proceedings. Judge James I. Cohn no longer assigned to case;Signed by Judge James I. Cohn on 03/14/2007 and Judge Daniel T.K. Hurley on 03/22/2007.(bs) (Entered: 03/22/2007) |
| 03/29/2007 | 5 | STIPULATION *For Extension of Time and Proposed Order* by LG.Philips LCD America Inc.. (Attachments: # 1 Text of Proposed Order)(Schmidt, Donald) (Entered: 03/29/2007) |
| 03/30/2007 | 6 | Corporate Disclosure Statement by LG.Philips LCD America Inc.. (Schmidt, Donald) (Entered: 03/30/2007) |
| 03/30/2007 | 7 | ENDORSED ORDER re 5 Stipulation for Extension of Time, construed by the court as a motion for an extension of time. The parties' motion for extension of time to respond to the complaint is granted. The parties shall respond to the complaint pursuant to the time limits set forth in the stipultion. Signed by Judge Daniel T. K. Hurley on 3/30/07.(lc2) (Entered: 03/30/2007) |
| 04/02/2007 | 8 | ORDER/CERTIFICATION FOR TRANSFER REFERRING CASE to Magistrate Judge James M. Hopkins for Pretrial.Signed by Magistrate Judge Lurana S. Snow on 4/2/07.(lk) (Entered: 04/02/2007) |
| 05/18/2007 | 9 | ORDER of administrative close out.Signed by Judge Daniel T. K. Hurley on 5/17/07.(hd) (Entered: 05/21/2007) |
| 05/18/2007 | | ***Civil Case Terminated. (hd) (Entered: 05/21/2007) |
| 06/04/2007 | 10 | MDL Conditional Transfer Order CTO for consolidated pretrial proceedings pursuant to 28 USC 1407 (Chairman of the Panel) MDL Case Number 07cv1827 Case Transferred to Northern District of California, Case Assigned to Judge Susan Yvonne Illston(pa) (Entered: 06/05/2007) |
| 07/05/2007 | 11 | MDL CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Northern District of California re: MDL # 1827 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Susan Yvonne Illston (signed by Jeffery N. Luthi, Clerk of the Panel)(sk) (Entered: 07/05/2007) |
| 09/27/2007 | 12 | CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Northern District of California re: MDL # 1827 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Susan Yvonne Illston. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 09/27/2007) |
| | | |

| 09/27/2007 | 13 | Clerks Note: Pursuant to the MDL Transfer Order, we are transferring the case to the Northern District of California. The Northern District of California will receive the requested PDF documents for the transfer of the case via SFmdl_clerk/CAND/09/USCOURTS. (de) (Entered: 09/27/2007) |
|---|---|---|